UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HILDA SAEZ,<br><br>                          Plaintiff,<br><br>            -v.-<br><br>MARNE REALTY, LLC et al.,<br><br>                          Defendants. | 23 Civ. 06630 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

On September 25, 2023, Defendants' counsel filed a letter notifying the Court of Plaintiff's passing. ECF No. 11 at 1. Thereafter, the Court issued an Order stating that "[a]ny motion for substitution by [Plaintiff's] successor or representative must be filed by **December 26, 2023**." *Id.* (emphasis in original) (citing Fed. R. Civ. P. 25(a)(1)). The Court cautioned that "[i]f no such motion has been filed by that date, 'the action . . . must be dismissed.'" *Id.* (quoting Fed. R. Civ. P. 25(a)(1)). Having received no motion to substitute, the Court hereby DISMISSES this action.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: January 17, 2024
        New York, New York

                                                  JENNIFER H. REARDEN
                                                  United States District Judge